**IN THE UNITED STATE DISTRICT COURT**
**STATE OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| SEAN JULANDER,<br><br>                                   Plaintiff,<br><br>vs.<br><br>MARVIN BAGLEY, in his official capacity as Judge, 6th District Sevier Co., and in his individual capacity,<br><br>                                   Defendant. | **REPORT & RECOMMMENDATION**<br><br>**Case No.  2:17-cv-01315-DB**<br><br>**District Court Judge Dee Benson**<br><br>**Magistrate Judge Dustin B. Pead** |

Proceeding *pro se*, Plaintiff Sean Julander (Plaintiff or Mr. Julander) filed his initial complaint on January 4, 2018. (ECF No. 4.) Thereafter, on February 12, 2018, without seeking leave of the court or the consent of Defendant, Plaintiff filed an amended pleading.[1] (ECF No. 15.) In a ruling issued on May 8, 2018, the court concluded that Mr. Julander's amended complaint was the operative pleading (ECF No. 19) and, on May 25, 2018, Defendant filed a motion to dismiss Plaintiff's amended complaint.[2] (ECF No. 20.) Plaintiff did not file any opposition to the motion.

On July 18, 2018, the court issued an Order to Show Cause asking Plaintiff, within ten (10) days, to show cause as to why Defendant's motion should not be granted. (ECF No. 21.) As

---

[1] Plaintiff's amended complaint was also filed outside the twenty-one day window in which a party may amend its pleading as a matter of course. *See* Fed. R. Civ. P. 15(a)(1)(B); (ECF No. 19.)

[2] Defendant filed an initial motion to dismiss with respect to Plaintiff's original complaint (ECF No. 7). However, in conjunction with its conclusion that Plaintiff's amended complaint was the operative pleading, the court

of this date, Mr. Julander has neither filed an opposition to the underlying motion or responded to the court's order to show cause and the time within which to do so has passed. *See* DUCivR 7-1(b)(3)(A); (ECF No. 19) (stating failure to respond to the order to show cause within ten days may result in dismissal).

Accordingly, **IT IS HEREBY RECOMMENDED**, for the reasons set forth and as stated in the motion, that Defendant's motion be GRANTED (ECF No. 20) and Plaintiff's action be DISMISSED with prejudice.

Copies of this Report and Recommendation are being sent to Plaintiff, who is hereby notified of his right to object. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Plaintiff must file any objection to this Report and Recommendation within fourteen (14) days after being served with a copy of it. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Failure to object may constitute waiver of objections upon subsequent review.

DATED this 6th day of August, 2018.

BY THE COURT

_____
DUSTIN B. PEAD
Magistrate Judge, United States District Court

---

dismissed Defendant's first motion to dismiss as moot. (ECF No. 19.)