IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| SEAN JULANDER,<br><br>Plaintiff,<br><br>v.<br><br>MARVIN BAGLEY, in his official capacity as Judge, 6th District Sevier Co., and in his individual capacity,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br>Case No. 2:17-cv-1315-DB-DP<br><br>District Judge Dee Benson<br><br>Chief Magistrate Judge Dustin Pead |

      Before the Court is the Report and Recommendation issued by United States Magistrate Judge Dustin Pead, recommending that Defendant's motion to dismiss this action be granted and that this action be dismissed with prejudice.

      The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it.  Neither party has filed such an objection.

      Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation. Accordingly, for the reasons set forth and as stated therein, Defendant's motion to dismiss this

action is hereby GRANTED and this action is hereby DISMISSED with prejudice.

IT IS SO ORDERED.

DATED this 30th day of August, 2018.

_____
Dee Benson
United States District Judge